IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CESAR ARIZMENDI, | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. B-06-125 |
| ORC INDUSTRIES, INC., | § § § | |
| Defendant. | § | |

## OPINION & ORDER

BE IT REMEMBERED that on March 12, 2007, the Court **GRANTED** Defendant ORC Industries, Inc.'s Notice of Unopposed Motion and Unopposed Motion for Substitution of Counsel. Dkt. No. 21.

The Court therefore **ORDERS** that David G. Oliveira, of Roerig, Oliveira & Fisher, L.L.P., is substituted as counsel for David C. Garza, of Garza & Garza, L.L.P.

DONE at Brownsville, Texas, this 12 day of March, 2007.

_____
Hilda G. Tagle
United States District Judge